Nathaniel N. Peckham, Bar No. 302197
DEREK SMITH LAW GROUP, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
Telephone: (215) 391-4790
Facsimile: (215) 893-5288
Email: nathaniel@dereksmithlaw.com

Attorneys for Plaintiff

Sergio Bent, Bar No. 180662
BENT CARYL & KROLL LLP
6300 Wilshire Boulevard, Suite 1415
Los Angeles, CA 90048
Telephone:  (323) 315-0510
Facsimile:   (323) 774-6021
Email:  sbent@bcklegal.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHIANA LUKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGH BOY, INC; LANGSTON FAIZON SANTISIMA a/k/a FAIZON ANDRE LOVE, Individually,<br><br>　　　　　Defendants. | CASE NO. 2:18-cv-07456-ODW-GJS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br><br>Action filed:  02/26/2019<br>Trial date:　　03/03/2019 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Respectfully Submitted,

| /s/ Nathaniel N. Peckham | /s/ Sergio Bent |
|---|---|
| Nathaniel N. Peckham | Sergio Bent |
| DEREK SMITH LAW GROUP PLLC | BENT CARYL & KROLL LLP |
| Dated: January 31, 2020 | Dated: January 31, 2020 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |